IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01543-RPM

WANDA LEPILLEZ,

    Plaintiff,

v.

MINNESOTA LIFE INSURANCE COMPANY,

    Defendant.

---

ORDER GRANTING MOTION TO AMEND COMPLAINT

---

Upon review of Plaintiff's Unopposed Motion to Amend Complaint to Properly Name Plaintiff [8], it is

ORDERED that the motion is granted the Amended Complaint attached thereto is accepted for filing.

Dated:    August 18th, 2011

                                                  BY THE COURT:

                                                  s/Richard P. Matsch

                                                  _____

                                                  Richard P. Matsch, Senior District Judge