**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 11-cv-01543-RPM

_____

**THE LEPILLEZ FAMILY LIVING TRUST DATED AUGUST 10, 2004,**

       **Plaintiff,**

**v.**

**MINNESOTA LIFE INSURANCE COMPANY, a Minnesota company doing business in the State of Colorado,**

       **Defendant.**

_____

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

THE COURT having reviewed the Stipulation for Dismissal with Prejudice, its file, and

being fully advised in the premises, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and

attorney fees.

DATED this 1st day of May, 2012.


            s/Richard P. Matsch

                _____
                The Honorable Richard A. Matsch
                United States District Court Judge

00035959.1