**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 11-cv-01543-RPM

---

**THE LEPILLEZ FAMILY LIVING TRUST DATED AUGUST 10, 2004,**

    **Plaintiff,**

**v.**

**MINNESOTA LIFE INSURANCE COMPANY, a Minnesota company doing business in the State of Colorado,**

    **Defendant.**

---

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation for Dismissal with Prejudice, its file, and being fully advised in the premises, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 1st day of May, 2012.

                          s/Richard P. Matsch
                          _____
                          The Honorable Richard A. Matsch
                          United States District Court Judge